**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen McGhee, | No. CV-22-08155-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Forest Ridge Apartments LLC, et al., | |
| Defendants. | |

The Court is in receipt of the Joint Notice. (Doc. 13). The Court ordered the parties to indicate whether the Motion for Preliminary Injunction may be decided on the briefing and argument alone. (Doc. 10 at 7). Reviewing the Joint Notice and the attached Exhibit A, it appears that neither party is requesting an evidentiary hearing, though neither party's position is clearly set forth. If either party wishes to present evidence at the September 21, 2022 Preliminary Injunction Hearing, that party must file a Notice setting forth that request no later than September 14, 2022. Otherwise, the Court will only hear argument at the Hearing.

Further, Exhibit A to the Joint Notice contains an email from Plaintiff in which she states that she "want[s] [her] son to argue for the preliminary injunction at the hearing." (Doc. 13-1 at 2). As the Court explained in its September 8, 2022 Order, the Rules of the Supreme Court of Arizona prohibit anyone who is not authorized to practice law in Arizona from representing another person in a judicial proceeding or preparing a document on behalf of another person for filing in any court. (Doc. 10 at 6–7 n.5).

Anyone who violates the Rules by engaging in the unauthorized practice of law is subject to sanctions including a civil penalty of up to $25,000 and civil or criminal contempt. (Doc. 10 at 6–7 n.5). Proposed Plaintiff-Intervenor Joseph McGhee, Plaintiff's son, is not an attorney and therefore cannot practice law. (Doc. 5 at 3–4). Thus, Plaintiff and Mr. McGhee are again warned that Mr. McGhee cannot represent Plaintiff before this Court, nor may Mr. McGhee prepare documents on Plaintiff's behalf for filing in this Court. Even if Mr. McGhee's pending Motion to Intervene (Doc. 5)—which the Court will rule on in due course—were to be granted, he would be permitted to represent only himself. Plaintiff must either argue on her own behalf or be represented by a licensed attorney.

Finally, having reviewed Exhibit A to the Joint Notice, the Court cautions Plaintiff that litigants are expected to treat each other with civility and respect and to cooperate in good faith, particularly when the Court orders the parties to file a joint document. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1263 (9th Cir. 2010).

**IT IS THEREFORE ORDERED** that if either party wishes to present evidence at the September 21, 2022 Preliminary Injunction Hearing, that party must file a Notice setting forth that request no later than **5:00 p.m. on September 14, 2022**. Otherwise, the Motion for Preliminary Injunction will be decided on the briefing and argument alone.

Dated this 13th day of September, 2022.

Honorable Steven P. Logan
United States District Judge